**MAGISTRATE JUDGE SCHENKIER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08 CR 516** |
| | ) | No. |
| v. | ) | Violation: Title 18, United |
| | ) | States Code, Section 1001(a)(2) |
| ALMA GARCIA | ) | **JUDGE SHADUR** |

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

At all times material to this indictment, Alejandro Perales was a fugitive in case 05 CR 319 then pending in the Northern District of Illinois, Eastern Division.

On or about May 6, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

ALMA GARCIA,

defendant herein, knowingly and willfully did make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Marshals Service, an agency of the United States, in that, defendant told task force officers and a deputy of the United States Marshals Service that:

(a) she resided at 1312 Gunderson in Berwyn, Illinois;

(b) she had not seen Alejandro Perales in the last two years; and

(c) she had not talked to Alejandro Perales in the last two years;

**FILED**

JUN 2 6 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

when in fact, as defendant well knew, each of these statements and representations was false;

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY