## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 516 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Alma Garcia | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant enters a plea of not guilty to all charges.  LR 16.1 to be completed by July 7, 2008.  Defense motions are due July 22, 2008.  Government's response due July 31, 2008.  A status hearing is set for August 7, 2008 at 1:15 p.m.  Bond set at $4,500 OR.  The arrest warrant is quashed.  Time is excluded beginning tomorrow through August 7, 2008 under 18:3161(h)(1) and the Tibboel case.  (XE)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|