# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Alma Garcia

WARRANT FOR ARREST

Case Number: 08 CR 516

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Alma Garcia** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment) Information  Complaint  Order of court  Violation Notice  Probation Violation Petition

charging him or her with: **Statements or entries generally**

in violation of Title 18 United States Code, Section(s) 1001

FILED
6-30-08
JUN 3 0 2008

Laura Springer Issuing Officer

*[signature]* Laura Springer
Signature of Issuing Officer

Deputy Clerk

June 27, 2008, Chicago, Illinois

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Bail fixed at $ _____

_____, Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| STEVE LINDER *[signature]* |
| Date Received: 6/27/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest |