Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 516 | **DATE** | 7/11/2008 |
| **CASE TITLE** | USA vs. Alma Garcia | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is hereby ordered that Defendant Alma Garcia's conditions of pretrial release are hereby modified to permit travel to Wisconsin to visit here husband, who is incarcerated in the Ozaukee County Jail.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|