

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 08 CR 516 |
| ALMA GARCIA | ) Judge Milton I. Shadur ) ) |
| Defendant. | ) |

### AGREED ORDER

This matter coming to be heard by the Court on the request of Defendant **ALMA GARCIA**, by and through her attorney Patrick W. Blegen, for modification of the conditions of pretrial release; the Government, by Assistant United States Attorney Terra Brown, and Pre-Trial Services, by Officer Jonathan Reid, stating that they have no objection to the granting of such request; and the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that Defendant **ALMA GARCIA'S** conditions of pretrial release are hereby modified as follows: Ms. Garcia is permitted to leave the Northern District of Illinois and travel to Wisconsin to visit her husband, who is incarcerated in the Ozaukee County Jail. All other conditions to remain the same.

Date: July 11, 2008

_____
Judge Milton I. Shadur,
United States District Court