IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 516 |
| | ) | Judge Milton I. Shadur |
| ALMA GARCIA | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A CONTINUANCE
OF THE PRETRIAL MOTION SCHEDULE**

Defendant, **ALMA GARCIA** by and through her attorney, **PATRICK W. BLEGEN**, and the government, by and through its attorney, **TERRA BROWN**, respectfully move this Court for an continuance of the pretrial motion schedule in this case.

In support of this motion counsel show to the Court the following:

1.  On June 26, 2008, Defendant was charged in a one count indictment. The indictment charges Defendant with knowingly and willingly making a materially false, fictitious, fraudulent statement and representation to a task force officer and a deputy of the United States Marshall Services, in violation of 18 U.S.C. §1001(a)(2).

2.  On August 7, 2008, the Court scheduled the filing of substantive pretrial motions for on or before August 28, 2008. The Court did not set a date for the filing of government responses, but scheduled a status for September 2, 2008, to discuss the motions.

3.  Defense counsel contemplates the filing of two substantive motions, including a motion to suppress statements, and a motion to dismiss the indictment based on duplicity.

4.  Over the past several days the parties have discussed a resolution of the case premised upon a plea of guilty to a lesser charge. Counsel for the government has not yet been

able to discuss the potential resolution with her supervisors, however, as they are unavailable until next week.

     5.     As such, and to avoid the filing of motions that may become moot, the parties request that the Court extend the date for the filing of substantive pretrial motions until September 8, 2008.

     6.     Defendant has no objection to the exclusion of time under the Speedy Trial Act based upon the filing of pretrial motions under 18 U.S.C. §3161(h)(1)(F).

WHEREFORE, the parties respectfully request that the date for the filing of substantive pretrial motions be extended to September 8, 2008.

Respectfully submitted,

s/ Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for Defendant, Alma Garcia.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

2

**CERTIFICATE OF SERVICE**

      I hereby certify that foregoing Joint Motion for a Continuance of the Pretrial Motion Schedule was served on August 27, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      s/ Patrick W. Blegen
**PATRICK W. BLEGEN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100