# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:08−cr−00516

                                                    Honorable Milton I. Shadur

Alma Garcia

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry as to Alma Garcia before the Honorable Milton I. Shadur:Motion for extension of time to file pretrial motions[11] to and including September 9, 2008 is granted as to Alma Garcia (1); Status hearing held on 9/2/2008. Time is excluded from today through 9/9/08. (XE) Status hearing set for 9/9/2008 at 01:00 PM.) Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.